COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-18-00400-CV |
| Style: | Phillip Paul Bryant and James Scarborough v. Annise D. Parker and The City of Houston |
| Date motion filed*: | October 2, 2018 |
| Type of motion: | Unopposed First Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant Bryant's new counsel Rogelio Garcia |
| Document to be filed: | Appellant Bryant's brief; Rogelio Garcia's notice of appearance |

Is appeal accelerated?      Yes (TEX. ELEC. CODE ANN. § 231.009).

If motion to extend time:

| | |
|---|---|
| Original due date: | August 8, 2018 |
| Number of extensions granted: | 0        Current Due Date:  August 8, 2018 |
| Date Requested: | November 19, 2018 (103 days from original deadline) |

Ordered that motion is:

☑ Granted, in part:

If document is to be filed, document due:  November 2, 2018.

☑ **No further extensions of time will be granted absent extraordinary circumstances.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _Appellant Bryant's extension request is **granted, in part, until November 2, 2018**, because this is an accelerated case, but counsel is warned that **no further extensions will be granted absent extraordinary circumstances.**_ If new counsel Garcia, who has been added as additional counsel, seeks to be designated as new lead counsel, both new counsel and either appellant Bryant or the former lead counsel, Eric B. Dick, must sign the notice. *See* TEX. R. APP. P. 6.1(c), 6.2.

Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually      ☐ Acting for the Court

Date: October 9, 2018